IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISIO

FILED BY _____ D.C.

05 AUG -1 AM 11: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 04cr20421-B

DESHUN NINA GREEN

    Defendant.

## ORDER REFUNDING CASH APPEARANCE BOND

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $500.00, payable to Caroline Green at 229 West Jefferson, West Memphis, AR 72301 in full refund of the cash appearance bond posted herein.

                                          J. DANIEL BREEN
                                          United States District Judge

Approved.
Thomas M. Gould, Clerk of Court
BY: _Earline Grayer_
Deputy Clerk

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-1-05

107

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 107 in case 2:04-CR-20421 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT